UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN HINDI, | ) Civil No. 07CV1664-WQH(LSP) |
| Plaintiff, | ) |
| v. | ) ORDER FOLLOWING EARLY NEUTRAL |
| | ) EVALUATION CONFERENCE, SETTING |
| | ) RULE 26 COMPLIANCE AND NOTICE |
| EXXONMOBILE OIL CORPORATION, | ) OF CASE MANAGEMENT CONFERENCE |
| Defendant. | ) |

On <u>September 24, 2007,</u> at <u>2 p.m.</u> the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were <u>Jack Mann, Esq.</u> on behalf of plaintiff and <u>Robin A. Wofford, Esq.</u> on behalf of defendants. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

1     2.   The Rule 26(f) conference shall be completed before October 19, 2007;

3     3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before November 2, 2007;

4.   A discovery plan shall be lodged with Magistrate Judge Papas on or before November 2, 2007; and,

5.   A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on November 8, 2007, at 8:30 a.m., in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: September 24, 2007

Hon. Leo S. Papas
U.S. Magistrate Judge