# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MAZEN HINDI, | CASE NO. 07CV1664 WQH (LSP) |
|---|---|
| Plaintiff, | ORDER CONSTRUING STIPULATION TO FILE AMENDMENT TO ANSWER AS JOINT MOTION TO FILE AMENDMENT TO ANSWER AND GRANTING JOINT MOTION |
| vs. | |
| EXXONMOBIL OIL CORPORATION, a New York Corporation and DOES 1-100, Inclusive | |
| Defendants. | |

HAYES, Judge:

On August 22, 2007, Defendant Exxonmobil Oil Corporation (Exxonmobil) removed this action to this Court. (Doc. # 1). Before filing the notice of removal, Defendant Exxonmobil had previously answered Plaintiff Mazen Hindi's Complaint while the case was pending in California State Superior Court.

On October 19, 2007, the parties filed a stipulation to allow Defendant Exxonmobil to file an amended answer. (Doc. # 7). The Court construes the stipulation (Doc. # 7) as a joint motion to allow Defendant Exxonmobil to file an amended answer. *See* Electronic Case Filing Administrative Policies and Procedures Manual, § 2(f)(4).

Good cause appearing, the joint motion (Doc. # 7) is GRANTED. Defendant shall file an amended answer, which shall be complete in itself, on or before Friday, November 30, 2007.

**IT IS SO ORDERED**.

DATED: October 30, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge